**James RIFFIN, Plaintiff—Appellant,**

v.

**Adam D. SNYDER; Michael V. Forlini; C. Robert Loskot; Paul M. Mayhew, Defendants—Appellees.**

No. 04–2227.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 9, 2005.

Decided Feb. 14, 2005.

James Riffin, Appellant pro se. Mary Rosewin Sweeney, Office of the Attorney General of Maryland, Baltimore, Maryland; John Edward Beverungen, County Attorney's Office, Towson, Maryland, for Appellees.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

James Riffin appeals the district court's order dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Riffin v. Snyder,* No. CA–04–2964–RDB (D.Md. Sept. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*